**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBADIAH BALDWIN,<br><br>               Petitioner,<br><br>   vs.<br><br>CYNTHIA Y. TAMPKINS, WARDEN,<br><br>               Respondent. | CASE NO. ED CV 12-01599 PSG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of OBADIAH BALDWIN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 8, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE