O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OBADIAH BALDWIN,                )          CASE NO. ED CV 12-01599 PSG (RZ)
                               )
                Petitioner,    )
                               )          JUDGMENT
        vs.                    )
                               )
CYNTHIA Y. TAMPKINS, WARDEN,   )
                               )
                Respondent.    )
                               )

            This matter came before the Court on the Petition of OBADIAH BALDWIN,

for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and

having accepted the findings and recommendation of the United States Magistrate Judge,

            IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

is dismissed with prejudice.


            DATED: October 8, 2013

                                        _____
                                           PHILIP S. GUTIERREZ
                                        UNITED STATES DISTRICT JUDGE